IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

A'NICHOLAS JAMARIO NELSON                                          PLAINTIFF


v.                                    Civil No. 6:17-CV-06078


SHERIFF DAVID NORWOOD, JAIL                                       DEFENDANTS
ADMINISTRATOR JAMES BOLTON,
JAILER CODY BRIGHT, JAILER
ZACHARY CRIAG and SHIFT
SUPERVISOR JAMES SMITH

## JUDGMENT

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff

proceeds *pro se* and *in forma pauperis*.  The case is before the Court for preservice screening under

the provisions of the Prison Litigation Reform Act.

For the reasons stated in the Order of even date, the above-styled case is **DISMISSED**

**WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 27th day of September 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge